```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                                   Case No. 11-31816-B
Adam Craige Culich                                       Chapter 7
Sarah Jane Culich
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin               Page 1 of 1          Date Rcvd: May 14, 2011
                              Form ID: b9a              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
db/jdb       +Adam Craige Culich,    Sarah Jane Culich,    7819 Claypool Way,    Citrus Heights, CA 95610-2706
aty          +Darrel C. Rumley,    3017 Douglas Blvd #300,    Roseville, CA 95661-3850
18779771     +First Horizon Home Loa,    4000 Horizon Way,    Irving TX 75063-2260
18779772      Health Net,   c o HNPS,    File 50156,    Los Angeles CA 90074-0156
18779773     +Innovative Merchant Solutions,    21215 Burbank Blvd Ste 100,    Woodland Hills CA 91367-6607
18779774     +NCCS,   PO Box 13765,    Sacramento CA 95853-3765
18779775     +Svcdbyc1fs,    Po Box 91614,    Mobile AL 36691-1614
18779776     +Twin Termite Pest Control,    3600 Madison Ave 62,    North Highlands CA 95660-5077
18779777     +Vengroff Williams Assoc,    PO Box 4155,    Sarasota FL 34230-4155
18779778     +Wells Business Bkg Support Group,    Mac N9306-101,    Dept 34431 PO Box 3900,
               San Francisco CA 94139-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QPNDHAWAN.COM May 14 2011 09:08:00      Prem N. Dhawan,    PO Box 965,
               Benicia, CA 94510-0965
smg            EDI: EDD.COM May 14 2011 09:08:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA   94280-0001
smg            EDI: CALTAX.COM May 14 2011 09:08:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA   95812-2952
18779769     +EDI: BANKAMER2.COM May 14 2011 09:08:00      Bank Of America,    Po Box 17054,
               Wilmington DE 19850-7054
18779770     +EDI: CHASE.COM May 14 2011 09:08:00      Chase,    Po Box 15298,    Wilmington DE 19850-5298
18779779     +EDI: WFFC.COM May 14 2011 09:08:00      Wells Fargo Bank,    Po Box 5445,    Portland OR 97228-5445
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 15, 2011**                        Signature: *Joseph Speetjens*

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case (v.12.10)     11-31816 - B - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/13/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/12/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Case Number:     11-31816 - B - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Adam Craige Culich
xxx-xx-8729

7819 Claypool Way
Citrus Heights, CA 95610

Sarah Jane Culich
xxx-xx-0879

7819 Claypool Way
Citrus Heights, CA 95610

ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (include married, maiden, and trade names):
    Roseville IT Consulting

| Debtor's Attorney: | Darrel C. Rumley<br>3017 Douglas Blvd #300<br>Roseville, CA 95661 | Trustee: | Prem N. Dhawan<br>PO Box 965<br>Benicia, CA 94510 |
|---|---|---|---|
| Telephone Number: | (916) 780-7080 | Telephone Number: | 707-361-4264 |

### MEETING OF CREDITORS

**Location:**     Robert T Matsui United States Courthouse, 501 I Street, Room 7-A, 7th Floor, Sacramento, CA

**Date & Time:**     6/21/11    01:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)**    - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
8/22/11
**Deadline to Object to Exemptions:**    Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
5/13/11

For the Court,
Wayne Blackwelder, Clerk

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) -- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**